STERN v. METROPOLITAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Solo-

mon Stern against the Metropolitan Life Insurance Company. No opinion. Motion granted, and plaintiff stayed from proceeding with examination pending determination of appeal from order, with leave to plaintiff to move to vacate the stay, if the appeal be not prosecuted with diligence. Settle order on notice. See, also, 153 N. Y. Supp. 1146.